1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZARRAGA, Bar #186240
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SAUL POSADAS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  Case No. 1:06mj0198
                                      )
12          *Plaintiff,*               )  STIPULATION TO CONTINUE STATUS
                                      )  CONFERENCE; AND PROPOSED ORDER
13    v.                              )  THEREON
                                      )
14 SAUL POSADAS,                      )  Date: January 4, 2007
                                      )  Time: 10:00 a.m.
15          *Defendant.*               )  Dept : Hon. Lawrence J. O'Neill
   _____)

16

17     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference, in the above entitled matter be continued from

19 December 21, 2006 to **January 4, 2007 at 10:00 a.m.**

20     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 justice, including but not limited to, the need for the period of time set forth herein for further defense

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  December 20, 2006          McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Stanley A. Boone
                                   STANLEY A. BOONE
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DATED:  December 20, 2006          DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Mark A. Lizarraga
                                   MARK A. LIZARRAGA
                                   Assistant Federal Defender
                                   Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   December 21, 2006**             **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference          2