DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAUL POSADAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-mj-00198 |
|---|---|
| Plaintiff, | ) WAIVER OF APPEARANCE AT PRETRIAL |
| | ) CONFERENCES AND HEARINGS; and |
| v. | ) ORDER THEREON |
| SAUL POSADAS, | ) |
| Defendant. | ) Magistrate Judge: Hon. Dennis L. Beck |

The undersigned defendant, Saul Posadas, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's

///
///
///

1  attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of

2  his appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

3      I declare under penalty of perjury that the foregoing is true and correct.

4      EXECUTED this  13th   day of March, 2007, at Sun Valley, California.

6                                                  /s/  Saul Posadas
                                                SAUL POSADAS

7                                                  (Original signature maintained in file
                                                    of Melody M. Walcott.)

9  AGREED BY COUNSEL:

11   /s/  Melody M. Walcott
MELODY M. WALCOTT

12  Assistant Federal Defender
Attorney for Defendant

13  SAUL POSADAS

14  DATED: March  19 , 2007

16                                **O R D E R**

17      IT IS SO ORDERED.

18      **Dated:  March 19, 2007**          /s/ **Dennis L. Beck**
3b142a                                        UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance at Pretrial Conferences
and Hearings; [Proposed] Order

-2-