Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Saul Posadas |
| **Docket Number:** | 1:06MJ00198-01 DLB |
| **Offender Address:** | Sun Valley, California |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/02/2007 |
| **Original Offense:** | <u>Count 2</u>:  36 CFR 2.32(a)(2), Interfering with Agency Function-Lawful Order (CLASS B MISDEMEANOR)<br><u>Count 3</u>:  36 CFR 2.32(a)(1), Interfering with Agency Function-Resisting Arrest (CLASS B MISDEMEANOR) |
| **Original Sentence:** | 12 months probation; $20 special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Provide financial access to probation office upon request; 3) Aftercare co-payment; 4) Drug/alcohol testing; 5) Alcohol restrictions; and 6) 30 consecutive days in residential re-entry center |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08/02/2007 |
| **Assistant U.S. Attorney:** | Mark McKeon           **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Melody Walcott       **Telephone:** (559) 487-5561 |

**Other Court Action:**

**RE:    Saul Posadas**
**Docket Number:  1:06MJ00198-01 DLB**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **10/10/2007**: | Court approved probation office plan not to take any adverse action on the following violation, to wit: Use of marijuana on or about September 13, 2007. Supervisee subjected to maximum monthly drug testing. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside in a community corrections component for a period of 60 days or until discharged by the program director and/or the United States Probation Office pursuant to 18 USC 3563(b)(11); said defendant shall observe the rules of the facility and direction of the program director.

2. The defendant shall reside at and participate in an approved residential drug treatment and counseling program approved by the United States Probation Office, that include urinalysis, saliva and/or sweat patch testing for treatment of narcotic addiction or drug dependency, until discharged by the program director and/or the probation officer.

**Justification:**   On September 13, 2007, the probationer submitted a urine sample which subsequently tested positive for the use of marijuana.  As a result, the United States Probation Officer in the Central District of California (CD/CA) referred the probationer to their drug testing contractor to engage in maximum random drug testing.

On October 10, 2007, the Court approved the probation officer's plan not to take any adverse action at this time as the probationer's drug use was addressed through proper referral.  On October 24, 2007, while pending a response from the Court, the probationer again submitted a random urine sample which tested positive for the use of marijuana. The level of THC metabolite reported on this test date was significantly higher than the specimen collected on October 20, 2007.  According to the lab, the increased level of THC metabolite is evident of new use.

**RE:    Saul Posadas**
   **Docket Number:  1:06MJ00198-01 DLB**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

According to the probation officer in the CD/CA, the probationer is currently residing in the residential corrections center and is serving the 30 days as part of his original court order. At this time, the CD/CA is requesting that the probationer's be modified to include an additional 60 days in the residential corrections center.  He has been advised that future marijuana use will result in this case being referred to the Eastern District of California for violation proceedings.

The probation officer recognizes the possible need for future placement in a residential drug treatment program.  As such, in order to address any future violations related to the abuse of controlled substances, the probation office in the CD/CA is recommending an additional special condition to include residential drug treatment.  The *"Waiver of Hearing to Modify Conditions of Probation..."* is attached.

It appears that the requested modifications to the special conditions in this case are appropriate considering the probationers conduct and will address any future positive tests results.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO**
**United States Probation Officer**
Telephone:  (559) 499-5725

**DATED:**    October 17, 2007
   Fresno, California
   jtp


**REVIEWED BY:**     /s/ Bruce A. Vasquez
   **BRUCE A. VASQUEZ**
   **Supervising United States Probation Officer**

**RE:**   **Saul Posadas**
   **Docket Number:  1:06MJ00198-01 DLB**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

| | |
|---|---|
| 18 October 2007 | /s/ *Dennis L. Beck* |
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
   Mark McKeon, Assistant United States Attorney
   Melody Walcott, Assistant Federal Defender
   Court File